IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAMONT LONG, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for sentence reduction [D.E. 60]. The response is due not later than March 1, 2021.

SO ORDERED. This 1 day of February 2021.

JAMES C. DEVER III
United States District Judge