IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAMONT LONG, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's pending motions [D.E. 72, 75] not later than March 21, 2022.

SO ORDERED. This 28 day of February, 2022.

JAMES C. DEVER III
United States District Judge