IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-41-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LAMAONT LONG, JR., ) | |
| ) | |
| Defendant. ) | |

Not later than August 30, 2024, the United States shall respond to defendant's motion to appoint counsel [D.E. 87] and motion to reduce sentence [D.E. 88].

SO ORDERED. This 5 day of August, 2024.

JAMES C. DEVER III
United States District Judge